UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:06-CR-50-1F

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ROMAN JERMAINE GRAHAM, | ) |
| Defendant. | ) |

This matter is before the court on Defendant Roman Jermaine Graham's Motions in Limine [DE-118, DE-119] and Motion to Sequester [DE-120]. The Government has responded [DE-133] and these matters are now ripe for disposition.

In his Motions in Limine, Defendant requests an order directing the Government to comply with Federal Rules of Evidence 801(d)(2)(E) and 803(8)(B). The Government is no doubt aware of its obligations under the Federal Rules of Evidence. Consequently, the Motions in Limine [DE-118, DE-119] are DENIED without prejudice, to be renewed at trial if necessary.

Additionally, for good cause shown, Defendant's Motion to Sequester [DE-120] is ALLOWED, and all witnesses expected to testify at trial will be sequestered, except for case agents designated by the Government and the Defendant.

SO ORDERED.

This the 21st day of December, 2006.

James C. Fox
Senior United States District Judge